Jeffrey S. Bolender (Bar No. 174423)
Bolender & Associates,
A Professional Law Corporation
2601 Airport Drive, Suite 360
Torrance, CA 90505
Telephone: (310) 784-2443
Facsimile: (310) 784-2444

Attorney for Plaintiff,
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GHILLIE SUITS.COM, INC., a Georgia corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1 – 100, <br><br> Defendants. | Case No. C08. 02099 HRL <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for Plaintiff Evanston Insurance Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Evanston Insurance Company, a corporation, organized and existing under the laws of the State of Illinois (plaintiff)

2. Ghillie Suits.com, Inc., d/b/a and a/k/a Ghillie Suits.com, a corporation duly organized and existing under the laws of the State of Georgia (defendant)

3. Todd Muirhead, an individual (defendant)

4. Jeremy James Ehart, an individual (defendant)

5. Kristy Ehart, an individual (defendant)

6. Steven Ryan McClanahan, an individual (defendant)

2
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

7. New York Fire-Shield, Inc., d/b/a and a/k/a N.Y. Fire-Shield, Inc., and d/b/a and a/k/a New York Fire-Shield, Inc., a corporation organized and existing under the laws of the State of New York

8. Wackenhut Services, Inc., and/or The Wackenhut Corporation, a corporation organized and existing under the laws of the State of Florida

9. United States Marine Corps., a government entity

10. The United States Department of Energy, a government entity

Dated: April 18, 2008

BOLENDER & ASSOCIATES,
A Professional Law Corporation

By: _____
Jeffrey S. Bolender,
Attorney for Plaintiff,
Evanston Insurance Company

3

CERTIFICATION AND NOTICE OF INTERESTED PARTIES