UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

EVANSTON INSURANCE COMPANY
    Plaintiff (s)

vs

GHILLIE SUITS.COM, INC. etal
    Defendant (s)

CASE NO. C 08 02099

## AFFIDAVIT OF SERVICE

Emery L. Goad

Special Process Server, verifies that he is authorized to serve process in this case, that he is not a party to this action, and that he served process in this case in the manner and at the time described below.

**PROCESS SERVED:** Complaint for Declaratory Relief & Reimbursement;
Order Setting Initial Case Management Conference and ADR deadlines and other standing orders;
Notice of Motion and Motion for Partial Summary Judgment;
Memorandum of Points and Authorities; and
Request for Judicial Notice in Support of Motion for Partial Summary Judgment

**PERSON SERVED:** Kristy Ehart

**METHOD SERVED:** Personal

**PLACE SERVED:** 710 W 20th Ave., Hutchinson, KS

**DATE & TIME SERVED:** 6/10/08    9:00 p.m.

Pursuant to K.S.A. 53-601, as amended, the undersigned declares that under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

Executed on this 11th day of June, 2008

Kansas Investigative Services Inc.
970 N. Santa Fe
Wichita, KS 67214
(316) 267-1356