UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Evanston Insurance Company, an Illinois corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>Ghillie Suits.Com, Inc., a Georgia corporation, et.al.,<br><br>        Defendants.<br>_____/ | No. C08-02099<br><br><br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 12, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **August 15, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on August 1, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: June 23, 2008           RICHARD W. WIEKING,
                       Clerk of Court


                       _/s/*Patty Cromwell*_____
                       Patty Cromwell
                       Courtroom Deputy for
                       Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jeffrey S. Bolender    jbolender@bolender-firm.com