UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GHILLIE SUITS.COM, INC., a Georgia Corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and Does 1 – 100,<br><br>Defendants. | CIVIL ACTION NO.: C0802099HRL |

**AFFIDAVIT OF SERVICE**

Personally appeared before me, an officer duly qualified to administer oaths, ELIZABETH A. SHEPHERD an agent of Diversified Legal Services, who, after being duly sworn, states the following:

1.

Affiant states that she is over 18 years of age, a Citizen of the United States, and not related to the parties herein. The statements made in this affidavit are true and correct and are based upon my personal knowledge.

2.

I personally served TODD MUIRHEAD, A Georgia resident, with a **Summons, Complaint for Declaratory Relief and Reimbursement, Order Setting Initial Case Management Conference and ADR Deadlines and other Standing Orders, Notice of Motion and Motion for Partial Summary Judgment, Memorandum of Points and Authorities and Request for Judicial Notice in Support of Motion for Partial Summary Judgment** at said person's home address of 1743 Rhonda Lane, Stone Mountain, Georgia 30087 on the 11th day of June, 2008 at 2:34 o'clock p.m.

This the 20th day of June, 2008.

_____
Affiant

Sworn to and subscribed before me
this 20th day of June, 2008

_____
Notary Public