1160.10643S

Alexander F. Stuart - SBN 96141
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:    (408) 295-6375

Craig Needham - SBN 52010
Kristen Fish - SBN 217940
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, California  95126
Telephone:   (408) 244-2166
Facsimile:    (408) 244-7815

TINSMAN & SCIANO, INC.
Daniel J.T. Sciano (Pending Admission *Pro Hac Vice*)
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone:   (210) 225-3121
Facsimile:    (210) 225-6235

Attorneys for Defendants and Counter-Claimants,
Jeremy James Ehart, Kristy Ehart, and
Steven Ryan McClanahan

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GHILLIES SUITS.COM, INC, a Georgia corporation; TODD MUIRHEARD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1-10 , <br><br> Defendants. | No. C08 02099 RMW <br><br> **CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

JEREMY JAMES EHART, a Kansas resident;     )
1   KRISTY EHART, a Kansas resident; and       )
    STEVEN RYAN McCLANAHAN, a Texas         )
2   resident,                                    )
                        Counter-Claimants      )
3                                                )
                                                 )
4   vs.                                          )
                                                 )
5   EVANSTON INSURANCE COMPANY,              )
    an Illinois corporation,                     )
6                                                )
                        Counter-Defendant,      )
7   _____   )

8           Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

9   associations of persons, firms, partnerships, corporations (including parent corporations) or other

10  entities (i) have a financial interest in the subject matter in controversy or in a party to the

11  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

12  substantially affected by the outcome of this proceeding:

13          1.      Persons and entities disclosed by plaintiff Evanston Insurance Company in its

14  certificate of interested entities or persons on file in this matter.

15          2.      The United States of America, under the provisions of 42 U.S.C. §§ 2651-2653 et seq.

16  and 10 U.S.C. §1095, for medical and hospital care and treatment, and the value of future care, with

17  respect to Jeremy James Ehart and Steven Ryan McClanahan.

18  DATED: June 24, 2008

19                                  WILLOUGHBY, STUART & BENING

20

21                          By  /S/ Alexander F. Stuart

22                              ALEXANDER F. STUART
                                Attorneys for Defendants and Counter-Claimants,
23                              Jeremy James Ehart, Kristy Ehart, and Steven
                                Ryan McClanahan

24

25

26

27

28

**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**