GERALD A. EMANUEL (BAR #61049)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500

Attorney for Defendants and Counter-Claimants
GHILLIE SUITS.COM, INC and TODD MUIRHEAD

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>GHILLIE SUITS.COM, INC, a Georgia corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1-10,<br><br>    Defendants. | No.: C08 02099 RMW<br><br>**COUNTER-CLAIM OF GHILLIE SUITS.COM, INC. AND TODD MUIRHEAD FOR DECLARATORY JUDGMENT AND DEMAND FOR JURY TRIAL** |

HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

| | |
|---|---|
| JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, | ) ) ) ) ) ) |
| Counter-Claimants | ) |
| vs. | ) |
| EVANSTON INSURANCE COMPANY, an Illinois corporation, | ) ) ) |
| Counter-Defendant, | ) |
| GHILLIE SUITS.COM, INC, a Georgia corporation; TODD MUIRHEAD, a Georgia resident, | ) ) ) ) |
| Counter-Claimants | ) |
| vs. | ) |
| EVANSTON INSURANCE COMPANY, an Illinois corporation, | ) ) ) |
| Counter-Defendant, | ) |

Defendants and Counter-Claimants GHILLIE SUITS.COM, INC ("Ghillie" and TODD MUIRHEAD ("Muirhead") allege as follows:

**INTRODUCTION**

1.  This Counter-Claim seeks a judicial declaration with respect to certain duties of Counter-Defendant Evanston Insurance Company ("Evanston") with respect to an underlying civil action entitled *Jeremy James Ehart, et al. v. Ghillie Suits.com, Inc., et al.*, case no. C06-06507 JW filed in the United States District Court for the Northern District of California ("Underlying Action").

2.  There is a present, active controversy between Evanston, on the one hand, and Ghillie and Muirhead, Evanston's insureds, and

2

COUNTER-CLAIM OF GHILLIE SUITS.COM, INC. AND TODD MUIRHEAD FOR
DECLARATORY JUDGMENT AND DEMAND FOR JURY TRIAL

Jeremy Ehart, Kristy Ehart, and Steven Ryan McClanahan, Plaintiff's in the underlying action on the other hand, concerning the amount of coverage available under a policy of general liability insurance issued by Evanston to Ghillie Suits.com, Inc. as named insured. Evanston has filed a Complaint in this matter alleging that a judicial declaration of Evanston's obligations is appropriate at this time. Counter-Claimants acknowledge that a declaration of the full scope of Evanston's duty to indemnify Ghillie Suits.com, Inc. and/or Todd Muirhead is appropriate at this time, provided Counter-Claimants' rights in the Underlying Action are not prejudiced.

3. Jeremy Ehart, Kristy Ehart, and Steven Ryan McClanahan have also filed a Counter-Claim seeking declaratory relief as to the policy limits of the Evanston policy.

**PARTIES**

4. Ghillie Suits.Com, Inc. is, and at all relevant times was, a Corporation headquartered in the State of Georgia.

5. Todd Muirhead is, and at all relevant times was, a resident of the State of Georgia.

6. Counter-Claimants are informed and believe that Evanston is an insurance corporation domiciled in the State of Illinois.

**JURISDICTION**

7. This Court has jurisdiction pursuant to 28. U.S.C. sections 1332 and 2201. Counter-Claimants are informed and believe that there is complete diversity of citizenship between Ghillie, Muirhead, Jeremy Ehart, Kristy Ehart, McClanahan and Evanston, and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. An actual controversy within the meaning of 28 U.S.C. section 2201 exists among the parties.

HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

8. Venue is proper in the Northern District of California pursuant to 28 U.S.C. section 1391 because the alleged events and breaches of duty giving rise to this Counter-Claim occurred in this District and arise from the related Underlying Action venued in this District.

**FACTUAL BACKGROUND**

9. On or about October 28, 2004, Jeremy Ehart, a Lance Corporal in the United States Marines, was participating in a military exercise at Fort Hunter Liggett in the County of Monterey, State of California. He was wearing a commercial Ghillie suit manufactured and sold by, Ghillie Suits.com, Inc. and Todd Muirhead. While Jeremy Ehart was discharging a 50-caliber machine gun as directed by superiors, a receiver flash ignited Jeremy Ehart's Ghillie suit, causing him to catch on fire.

10. On or about October 28, 2004, McClanahan, a Corporal in the United States Marines, was participating in the same military exercise at Fort Hunter Liggett. He was wearing a similar commercial Ghillie suit manufactured and sold by, Ghillie Suits.com, Inc. and Todd Muirhead. McClanahan was a safe distance from Jeremy Ehart – approximately 40 meters – when he first noticed that Jeremy Ehart had caught on fire.

11. McClanahan, while coming to Jeremy Ehart's rescue, voluntarily put himself in the zone of danger. McClanahan, while wearing the Ghillie suit pants, attempted to smother the flames. In the course of the attempted rescue, McClanahan also caught on fire.

12. Counter-Claimants Jeremy Ehart, Kristy Ehart, and Steven Ryan McClanahan have alleged in the Underlying Action that McClanahan's Ghillie suit was defective because, among other reasons,

HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

1  it was not fire safe. As alleged by Counter-Claimants Jeremy Ehart, Kristy Ehart, and Steven Ryan McClanahan in the Underlying Action, Jeremy Ehart and McClanahan each suffered serious, debilitating injuries, and Jeremy Ehart's spouse, Kristy Ehart, suffered loss of consortium. The medical expenses incurred by Jeremy Ehart, a mere subset of the damages suffered by Jeremy Ehart and Kristy Ehart, exceed $1,000,000. The damages suffered by McClanahan exceed $1,000,000 as well.

13. At the time of the two accidents causing injury to Jeremy Ehart and McClanahan – i.e., the initial fire that engulfed Jeremy Ehart, and the subsequent fire that injured McClanahan during his intervening act of volunteering to enter the zone of danger to rescue Jeremy Ehart – Counter-Claimants Ghillie and Muirhead were insured by Evanston under a policy of general liability insurance policy that afforded coverage of $1,000,000 per occurrence and $2,000,000 in the aggregate for products liability exposures. Counter-Claimants Ghillie and Muirhead policy utilized the term "occurrence" in such a way that, with respect to products manufactured and sold by Ghillie Suits.com, Inc., "occurrence" could only mean an accident taking place after products were sold to others, so that the number of occurrences would depend not on similarities in the making or selling of the Ghillie suits, but rather on the number of accidents which directly caused the two fires. The first accident was the receiver flash that ignited Jeremy Ehart's allegedly defective Ghillie suit. The second accident was McClanahan's intervening act while attempting to rescue Jeremy Ehart that ignited McClanahan's allegedly defective Ghillie pants.

14. Counter-Claimants Ghillie and Muirhead are informed and believe that on or about October 11, 2007, Counter-Claimants Jeremy

HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

Ehart, Kristy Ehart, and Steven Ryan McClanahan made a demand for the $2,000,000 aggregate limit based on the allegations of liability of Ghillie Suits.com, Inc. and Todd Muirhead for manufacturing and selling defective Ghillie suits, and based on damages clearly exceeding $1,000,000 for Jeremy Ehart and Kristy Ehart, and damages clearly exceeding $1,000,000 for McClanahan. Counter-Claimants Ghillie and Muirhead are informed and believe that Evanston rejected the policy limits demand based on a disputed coverage issue – i.e., the number of occurrences – and not based on liability of the underlying Defendants or the absence of a probable damages award against Ghillie Suits.com, Inc. and Muirhead exceeding $2,000,000.

## FIRST CLAIM FOR RELIEF
### (Declaratory Judgment)

15.   Counter-Claimants repeat and incorporate by reference each and every allegation contained in paragraphs 1 through 14, inclusive, of this Counter-Claim.

16.   An actual controversy exists between Counter-Claimants and Evanston with respect to the amount of coverage available under the Evanston policy to indemnify Ghillie Suits.com, Inc. and Todd Muirhead for damages because of injuries suffered by Jeremy Ehart, Kristy Ehart and McClanahan. Counter-Claimants contend that on or about October 11, 2007, Evanston breached its duty of good faith and fair dealing to Counter-Claimants Ghillie and Muirhead by rejecting a reasonable settlement demand within the applicable limits of the Evanston policy. Counter-Claimants Ghillie and Muirhead are informed and believe that as a result of said breach, Evanston must accept the risk, making Evanston's policy limits now open, and meaning Evanston may not assert any limit of liability stated in the policy as grounds for

6

COUNTER-CLAIM OF GHILLIE SUITS.COM, INC. AND TODD MUIRHEAD FOR
DECLARATORY JUDGMENT AND DEMAND FOR JURY TRIAL

HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500

1 refusing to pay the entirety of any judgment rendered in favor of Counter-Claimants and against Evanston's insureds. Counter-Claimants are informed and believe that Evanston disputes their contention, and that Evanston still adheres to the wrongful belief that the limits of insurance for the injuries to Jeremy Ehart, Kristy Ehart and McClanahan are a mere $1,000,000 – one-half of the $2,000,000 aggregate limit for products-completed operations.

17. Counter-Claimants desire a judicial declaration at this time because Evanston already has asked the Court, by its Complaint in this matter, to declare the rights and obligations of the parties with respect to Evanston's duty to indemnify, and the parties will avoid a multiplicity of litigation if all issues relating to the amount of Evanston's coverage is decided in one proceeding.

18. Counter-Claimants are informed and believe that underlying Plaintiffs agree with Counter-Claimants' contentions relative to the obligations of Evanston, and that said Plaintiffs therefore desire the same declaration in order to ascertain their rights and obligations, and to avoid a multiplicity of litigation.

**PRAYER**

WHEREFORE, Counter-Claimants pray for judgment against Evanston as follows:

1. That the Court enter a judgment declaring that Evanston breached the duty of good faith and fair dealing by failing to accept a reasonable settlement demand within its policy limits, and that Evanston therefore is bound to indemnify the full scope of any judgment awarded against its insureds;

2. That the Court award Counter-Claimants Ghillie and Muirhead their costs of suit incurred in this action;

3. That the court award Counter-Claimants Ghillie and Muirhead their attorney's fees incurred to obtain the benefits of Evanston's coverage; and

4. That the Court award such other and further relief as it deems just and proper.

Dated: July 2, 2008          **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**

   /S/ Gerald A. Emanuel
GERALD A. EMANUEL
Attorney for Defendants
GHILLIE SUITS.COM, INC and
TODD MUIRHEAD

///
///
///
///
///
///

## DEMAND FOR JURY TRIAL

Defendants Ghillie Suits.Com, Inc. and Todd Muirhead hereby request a trial by jury on all claims for which a jury is permitted.

Dated: July 2, 2008          **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**

   /S/ Gerald A. Emanuel
GERALD A. EMANUEL
Attorney for Defendants and Counter-Claimants
GHILLIE SUITS.COM, INC and
TODD MUIRHEAD

HINKLE JACHIMOWICZ POINTER & EMANUEL
2007 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95128
(408) 246-5500