GERALD A. EMANUEL (BAR #61049)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500

Attorney for Defendants and Counter-Claimants
GHILLIE SUITS.COM, INC and TODD MUIRHEAD

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>GHILLIE SUITS.COM, INC, a Georgia corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1-10,<br><br>     Defendants. | No.: C08 02099 RMW<br><br>**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

|   |
|---|
| JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, |
| Counter-Claimants |
| vs. |
| EVANSTON INSURANCE COMPANY, an Illinois corporation, |
| Counter-Defendant, |
| GHILLIE SUITS.COM, INC, a Georgia corporation; TODD MUIRHEAD, a Georgia resident, |
| Counter-Claimants |
| vs. |
| EVANSTON INSURANCE COMPANY, an Illinois corporation, |
| Counter-Defendant, |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  Persons and entities disclosed by plaintiff Evanston Insurance Company in its certificate of interested entities or persons on file in this matter.

2.  The United States of America, under the provisions of 42

U.S.C. §§ 2651-2653 et seq. and 10 U.S.C. §1095, for medical and hospital care and treatment, and the value of future care, with respect to Jeremy James Ehart and Steven Ryan McClanahan.

Dated: July 2, 2008    **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**

     /S/ Gerald A. Emanuel
GERALD A. EMANUEL
Attorney for Defendants and Counter-Claimants
GHILLIE SUITS.COM, INC and
TODD MUIRHEAD

CERTIFICATE OF INTERESTED PERSONS OR ENTITIES