IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANSTON INSURANCE CO.,

    Plaintiff,

    v.

GHILLIE SUITS.COM, et al.,

    Defendants.

*E-FILED - 7/7/08*

CASE NO. C-08-02099-RMW

ORDER OF RECUSAL

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED: July 7, 2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OF RECUSAL
NO. C-08-02099-RMW

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | ORDER OF RECUSAL<br>NO. C-08-02099-RMW |