**\*\*E-filed 7/8/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

EVANSTON INSURANCE CO.,

    Plaintiff,

    v.

GHILLIE SUITS.COM, INC.,

    Defendant.
_____

No. C-08-2099-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this case, the Court has rescheduled the Case Management Conference currently scheduled for August 12, 2008 before. The new hearing date is Friday, September 19, 2008. A joint Case Management Conference Statement should be on file no later than 7 days prior to the Conference. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 7/8/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy