*FeePaid*

**TINSMAN & SCIANO, INC.**
DANIEL J.T. SCIANO
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone: (210) 225-3121

**FILED**

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EVANSTON INSURANCE COMPANY,
an Illinois corporation,

    Plaintiffs,

vs.

GHILLIE SUITS.COM INC.; a Georgia Corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident; and DOES 1 – 10,

    Defendants.

**CASE NO. C08 02099 JF**

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, DANIEL J.T. SCIANO, an active member in good standing of the bars of the States of Texas and Wisconsin, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> CRAIG NEEDHAM (SBN 52010)
> KIRSTEN FISH (SBN 217940)
> NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP
> 1960 The Alameda, Suite 210
> San Jose, CA 95126
> Tel: (408) 244-2166

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/16/2008

DANIEL J.T. SCIANO

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003674
Cashier ID: harwellt
Transaction Date: 08/04/2008
Payer Name: Tinsman and Sciano
--------------------------------
PRO HAC VICE
 For: Daniel J.T. Sciano
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 67852
 Amt Tendered:  $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-2099-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```