UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>GHILLIE SUITS.COM INC., a Georgia corporation; TODD MUIRHEAD; a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1 – 100,<br><br>              Defendants. | Case No. C08 02099 JF |

DANIEL J.T. SCIANO, an active member in good standing of the bars of the States of Texas and Wisconsin, whose business address and telephone number is 10107 McAllister Freeway, San Antonio, Texas 78216, Telephone: (210) 225-3121, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of the Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                        **HON. JEREMY FOGEL**