1160.10643S

Alexander F. Stuart - SBN 96141
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone:  (408) 289-1972
Facsimile:   (408) 295-6375

Craig Needham - SBN 52010
Kristen Fish - SBN 217940
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, California  95126
Telephone:  (408) 244-2166
Facsimile:   (408) 244-7815

TINSMAN & SCIANO, INC.
Daniel J.T. Sciano (*Pro Hac Vice*)
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone:  (210) 225-3121
Facsimile:   (210) 225-6235

Attorneys for Defendants
Jeremy James Ehart, Kristy Ehart, and
Steven Ryan McClanahan

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation, <br><br>          Plaintiffs, <br><br> vs. <br><br> GHILLIES SUITS.COM, INC, a Georgia corporation; TODD MUIRHEARD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1-10 , <br><br>          Defendants. | No. C08 02099 JF <br><br> **STIPULATION TO CONTINUE HEARING OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: September 19, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom 3 <br> Judge: Hon. Jeremy Fogel |

1
STIPULATION TO CONTINUE HEARING OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Civil L.R. 7-7, Plaintiff, Evanston Insurance Company and Defendants, Ghillie Suits.com, Inc., Todd Muirhead, Jeremy James Ehart, Kristy Ehart and Steven Ryan McClanahan, hereby stipulate, by and through their respective counsel, to continue the date for the hearing of Plaintiff's motion for partial summary judgment, presently set for September 19, 2008, to a later date to be set by the Court at the September 19, 2008 case management conference. The purpose of this stipulation is to accommodate the filing of cross-motions for summary judgment or partial summary judgment by Defendants. Plaintiff and Defendants further stipulate, by and through their respective counsel, that the deadline for Defendants to file their opposition papers to Plaintiff's motion shall be continued to 21 days before the new hearing date set by the Court.

DATED: August 28, 2008

BOLENDER & ASSOCIATES

By /s/Thomas H. Schelly
Thomas H. Schelly
Attorneys for Plaintiff Evanston Insurance Company

DATED: August 28, 2008

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By /s/Gerald A. Emanuel
GERALD A. EMANUEL
Attorneys for Defendants, Ghillie Suits.com, Inc. and Todd Muirhead

DATED: August 28, 2008

WILLOUGHBY, STUART & BENING, INC.

By /s/Alexander F. Stuart
ALEXANDER F. STUART
Attorneys for Defendants, Jeremy James Ehart, Kristy Ehart, and Steven Ryan McClanahan