# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Evanston Insurance Company,<br><br>             Plaintiff(s),<br><br>   v.<br><br>Ghillie Suits.Com, Inc.,<br><br>             Defendant(s). | 08-02099 HRL<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 4, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Lisa M. Salvetti

_/s/ Lisa M. Salvetti_

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-02099 HRL                                                     -2-

PROOF OF SERVICE

Case Name:     Evanston Insurance Company v. Ghillie Suits.Com, Inc.

Case Number:   08-02099 HRL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jeffrey S. Bolender
> Bolender & Associates
> 2601 Airport Drive
> Suite 360
> A Professional Law Corporation
> Torrance, CA 90505
> jbolender@bolender-firm.com
>
> Thomas Henry Schelly
> 2601 Airport Dr., Suite 360
> Torrance, CA 90505
> tschelly@bolender-firm.com
>
> Gerald A. Emanuel
> Hinkle, Jachimowicz, Pointer & Emanuel
> 2007 W. Hedding Street, Suite 100
> San Jose, Ca 95128
> jemanuel@hinklelaw.com
>
> Alexander Friedland Stuart
> Willoughby, Stuart & Bening, Inc.

50 W. San Fernando Street, Suite 400
San Jose, CA 95113
afs@wsblaw.net

Craig Evan Needham
Needham, Davis, Kepner & Young
1960 The Almaden, Suite 210
San Jose, CA 95126
cneedham@ndkylaw.com

Kirsten M. Fish
Needham,Davis,Kepner & Young
1960 The Alameda
Suite 210
San Jose, CA 95126
kfish@ndkylaw.com

Daniel JT Sciano
Tinsman & Sciano, Inc.
10107 McAllister Freeway
San Antonio, TX 78216
dsciano@tsslawyers.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:   Lisa M. Salvetti

                                      _____
                                      ADR Administrative Assistant
                                      415-522-2032
                                      lisa_salvetti@cand.uscourts.gov