**E-Filed 12/15/08**

Jeffrey S. Bolender (Bar No. 174423)
Thomas H. Schelly (Bar No. 217285)
Bolender & Associates,
A Professional Law Corporation
2601 Airport Drive, Suite 360
Torrance, CA 90505
Telephone: (310) 784-2443
Facsimile: (310) 784-2444

Attorney for Plaintiff and Counter-Defendant,
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GHILLIE SUITS.COM, INC., a Georgia corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia resident, and DOES 1 - 100,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No.: C08-02099 JF<br>[Hon. Jeremy Fogel]<br><br>[PROPOSED] ORDER CONTINUING THE RULE 16 SCHEDULING CONFERENCE<br><br>Current Hearing Date: 1/16/09<br>Current Hearing Time: 10:30 am<br><br>Proposed Hearing Date: 2/6/09<br>Proposed Hearing Time: 9:00 am |

Upon the stipulation of the parties and good cause appearing, the Court orders as follows:

1  The Rule 16 Scheduling Conference presently calendared for
2  January 16, 2009, at 10:30 a.m., in Courtroom 3 of the above
3  court is continued to February 6, 2009, at 9:00 a.m.,
4  immediately following the hearing on the parties' cross-motions
5  for summary judgment.

    SO ORDERED.

    12/15/08
    _____
       Date

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

                                                                    2
[PROPOSED] ORDER CONTINUING THE RULE 16 SCHEDULING CONFERENCE
CASE NO. C08-02099 JF