Phillip E. Smith, SBN 120222
Kimberly A. Jensen, SBN 253311
SMITH SMITH & FEELEY LLP
16330 Bake Parkway
Irvine, California 92618
Telephone: 949.263.5920
Facsimile:  949.263.5925
Email:  *psmith@insurlaw.com*
Email:  *kjensen@insurlaw.com*

Attorneys for Plaintiff and Counter-Defendant
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GHILLIE SUITS.COM, INC., a Georgia corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia Resident; and DOES 1 - 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 08-CV-02099 JF<br><br>[Hon. Jeremy Fogel]<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON**<br><br>Date Action Filed: April 22, 2008<br>Trial Date:  None set |

Plaintiff and counter-Defendant Evanston Insurance Company ("Evanston") hereby requests that the Court approve the substitution of Smith Smith & Feeley LLP as its attorney of record in place and stead of Bolender & Associates.

/ / /

/ / /

1   Evanston consents to this substitution.

2   Dated: May 5, 2009                     Evanston Insurance Company

4                                          By: /s/ Ingrid E. Olson
5                                          Ingrid E. Olson
                                           Requesting Party

8   Bolender & Associates, as the counsel substituting out, consents to this
9   substitution.

10  Dated: May 4, 2009                     Bolender & Associates

13                                         By: /s/ Jeffrey S. Bolender
                                           Jeffrey S. Bolender
                                           Present Attorney for Plaintiff and Counter-
14                                         Defendant Evanston Insurance Company

16  Smith Smith & Feeley LLP, as the counsel substituting in, consents to this
17  substitution. Attorneys Phillip E. Smith (SBN 120222) and Kimberly A. Jensen (SBN
18  253311) will be the new attorneys of record for Evanston. Their contact information is
19  as follows: 16330 Bake Parkway, Irvine, California 92618; *psmith@insurlaw.com*;
20  *kjensen@insurlaw.com*; telephone 949.263.5920; and facsimile 949.263.5925.

21  Dated: May 2, 2009                     Smith Smith & Feeley LLP

23                                         By: /s/ Phillip E. Smith
                                           Phillip E. Smith
24                                         Kimberly A. Jensen
                                           Attorneys for Plaintiff and Counter-
25                                         Defendant Evanston Insurance Company

26  ///

28  ///

## ORDER

The Court hereby grants the request of plaintiff and counter-defendant Evanston Insurance Company to substitute Phillip E. Smith (SBN 120222) and Kimberly A. Jensen (SBN 253311) of Smith Smith & Feeley LLP, 16330 Bake Parkway, Irvine, California 92618; *psmith@insurlaw.com*; *kjensen@insurlaw.com*; telephone 949.263.5920; and facsimile 949.263.5925, as attorneys of record in place and stead of Bolender & Associates.

IT IS SO ORDERED.

Dated: May 29, 2009

By: *[signature]*

Hon. Jeremy Fogel
United States District Judge