Phillip E. Smith, SBN 120222
Kimberly A. Chase, SBN 253311
SMITH SMITH & FEELEY LLP
16330 Bake Parkway
Irvine, California 92618
Telephone: 949.263.5920
Facsimile:  949.263.5925
Email: psmith@insurlaw.com
Email: kchase@insurlaw.com

Attorneys for Plaintiff / Counter-Defendant
Evanston Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GHILLIE SUITS.COM, INC., a Georgia corporation; TODD MUIRHEAD, a Georgia resident; JEREMY JAMES EHART, a Kansas resident; KRISTY EHART, a Kansas resident; and STEVEN RYAN McCLANAHAN, a West Virginia Resident; and DOES 1 - 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 08-CV-02099 JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff / Counter-Defendant Evanston Insurance Company, through its counsel of record, and Defendants / Counter-Claimants Ghillie Suits.com, Inc., Todd Muirhead, Jeremy James Ehart, Kristy Ehart and Steven Ryan McClanahan, through their respective counsel of record, hereby stipulate that all claims and counter-claims asserted in the above entitled

///

Stipulation and Proposed Order for Dismissal With Prejudice - Case No. 08-CV-02099 JF

action shall be and hereby are dismissed with prejudice, with each party to bear his, her or its own attorney's fees and costs.

Dated: June 14, 2010

Smith Smith & Feeley LLP

By: /s/ Phillip E. Smith
Phillip E. Smith
Attorneys for Plaintiff / Counter-Defendant Evanston Insurance Company

Dated: June __, 2010

Hinkle, Jachimowicz, Pointer & Emanuel

By: _____
Gerald A. Emanuel
Attorneys for Defendants / Counter-Claimants GhillieSuits.com, Inc. and Todd Muirhead

Dated: June __, 2010

Willoughby, Stuart & Bening, Inc.

By: _____
Alexander F. Stuart
Attorneys for Defendants / Counter-Claimants Jeremy James Ehart, Kristy Ehart and Steven Ryan McClanahan

### ORDER

Having reviewed the above stipulation,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety, with each party to bear his, her or its own attorney's fees and costs.

Dated: June 16, 2010

By: /s/ Jeremy Fogel
The Honorable Jeremy Fogel
United States District Judge

Stipulation and Proposed Order for Dismissal With Prejudice  - Case No. 08-CV-02099 JF

action shall be and hereby are dismissed with prejudice, with each party to bear his, her or its own attorney's fees and costs.

Dated: June __, 2010     Smith Smith & Feeley LLP

By: _____
Phillip E. Smith
Attorneys for Plaintiff / Counter-Defendant
Evanston Insurance Company

Dated: June 14, 2010     Hinkle, Jachimowicz, Pointer & Emanuel

By: *[signature: Gerald A Emanuel]*
Gerald A. Emanuel
Attorneys for Defendants / Counter-Claimants GhillieSuits.com, Inc. and Todd Muirhead

Dated: June __, 2010     Willoughby, Stuart & Bening, Inc.

By: _____
Alexander F. Stuart
Attorneys for Defendants / Counter-Claimants Jeremy James Ehart, Kristy Ehart and Steven Ryan McClanahan

### ORDER

Having reviewed the above stipulation,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety, with each party to bear his, her or its own attorney's fees and costs.

Dated: June __, 2010

By: _____
The Honorable Jeremy Fogel
United States District Judge

action shall be and hereby are dismissed with prejudice, with each party to bear his, her or its own attorney's fees and costs.

Dated: June __, 2010          Smith Smith & Feeley LLP

By: _____
Phillip E. Smith
Attorneys for Plaintiff / Counter-Defendant
Evanston Insurance Company

Dated: June __, 2010          Hinkle, Jachimowicz, Pointer & Emanuel

By: _____
Gerald A. Emanuel
Attorneys for Defendants / Counter-Claimants GhillieSuits.com, Inc. and Todd Muirhead

Dated: June 11, 2010          Willoughby, Stuart & Bening, Inc.

By: /s/ Alexander F. Stuart
Alexander F. Stuart
Attorneys for Defendants / Counter-Claimants Jeremy James Ehart, Kristy Ehart and Steven Ryan McClanahan

## ORDER

Having reviewed the above stipulation,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety, with each party to bear his, her or its own attorney's fees and costs.

Dated: June __, 2010

By: _____
The Honorable Jeremy Fogel
United States District Judge